# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JEREMY GRACE

*Defendant*

Case: 1:21-mj-00442
Assigned to: Judge Faruqui, Zia M.
Assign Date: 5/24/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeremy Grace                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Unlawful entry of a restricted building); 18 U.S.C. § 1752(a)(2) (Disorderly conduct in a restricted building); 40 U.S.C. § 5104(e)(2)(D) (Dsorderly conduct in the Capitol building or grounds); 40 U.S.C. § 5104(e)(2)(G) (Parading, demonstrating, or picketing in a Capitol Building)

Date: 05/24/2021

                                                                                        *Issuing officer's signature*

City and state:   Washington, DC                         Zia M. Faruqui, U.S. Magistrate Judge
                                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                                        *Arresting officer's signature*

                                                                                        *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jeremy Grace
Known aliases: UNKNOWN
Last known residence: 20204 NE Allworth Road, Battle Ground, Washington 98604
Prior addresses to which defendant/offender may still have ties: UNKNOWN

Last known employment: UNKNOWN
Last known telephone numbers: (360) 907-2583; (360) 903-5300
Place of birth: UNKNOWN
Date of birth: 04/07/1984
Social Security number: 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
Height: UNKNOWN       Weight: UNKNOWN
Sex: Male             Race: White
Hair: Bald            Eyes:
Scars, tattoos, other distinguishing marks:
UNKNOWN

History of violence, weapons, drug use:
UNKNOWN
Known family, friends, and other associates *(name, relation, address, phone number)*: Jeffrey Grace
22318 NE 150th Court, Battle Ground, Washington; (360)903-4737
FBI number: N/A
Complete description of auto: UNKNOWN

Investigative agency and address: 601 4th Street NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A