

# Freedom to Incarceration 2021 Virtual Seminar

Wednesday, June 23, 10:00 - 11:00 AM

Join ZoomGov Meeting

https://wawd-uscourts.zoomgov.com/j/1604261778?pwd=N29MWDNSYTZLWWVXVlFWQlI1eVpJUT09

Meeting ID: 160 426 1778
Passcode: 747726

Dial one of the following numbers if you are calling in:
   +1 669 254 5252 US (San Jose)
   +1 669 216 1590 US (San Jose)

*Freedom to Incarceration* is a **GREAT** program that assists Pretrial Services clients and their families with reducing fear, stress, and anxiety associated with the sentencing process and beyond.

Hear directly from panelists who experienced the transition from freedom to incarceration and can provide invaluable insight as to what to expect.

Family members and friends are encouraged to attend, as education about the process is key.

**U.S. Probation**

700 Stewart Street, Suite #10101
Seattle, WA 98101

www.wawp.uscourts.gov
Facebook @USCourtsWAWP

